05-19-00715-CV

DC: **18-18346**

| | | |
|---|---|---|
| **ISABELLE EDWARDS**<br>**Plaintiff,** | §<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| **vs.** | §<br>§ | **DALLAS COUNTY, TEXAS** |
| **Panda Express Inc.,**<br>**Defendant.** | §<br>§<br>§ | **95th JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, the Plaintiff, Isabelle Edwards, self-represented, and files this Notice of Appeal from the judgment signed by the Court on June 6, 2019 (I have received 5 copies of an unsigned order from the Defendant for Defendant's hearing on Motion to Compel heard May 23, 2019 in the 95th judicial district court). Plaintiff appeals to the 5th Circuit Court of Appeals at Dallas, Texas. Two days after the hearing, I immediately went back downtown to the George Allen Building in order to file my appeal for that hearing, however, I was told by the clerk that there was no such order on file. I have consistently tried reaching the Defendant in regards to this matter and no response. Transcript of hearing requested; was told by Deanna Rouse that it would take up to 120 days.

I talked with the court coordinator, "Karen" who states she could not find the order and would call me back. She never did. I called on the 10th of June and was told by Martin, court clerk that there was finally a court order on file. However, as of the 8th of June there was none. In order for a litigant, pro-se or otherwise to know what their options are after a hearing, the court order needs to be filed with the clerk of the court in a timely matter.

Respectfully submitted,

Isabelle Edwards, Plaintiff
P O Box 568702
DALLAS TX 75356
214 6034927

### CERTIFICATE OF SERVICE

I, Isabelle Edwards, Plaintiff, do hereby certify that a true and correct copy of the foregoing has been faxed to the Defendant at 972-642-0073, Arlington, Texas on this _18_ day of
_June_____, 2019.

Isabelle Edwards

*NOTICE OF APPEAL/CERTIFICATE OF SERVICE- PAGE 1 of 1*